UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DAVID LADWIG | Cr. No. CR 20 02 JJM<br>In violation of 18 U.S.C. §§ 922(o) & 924(a)(2) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about November 15, 2018, in the District of Rhode Island, Defendant David Ladwig did knowingly possess and transfer a machinegun (under 18 U.S.C. § 921(a)(23) and 26 U.S.C. § 5845(b)), specifically a .223 caliber M16-type receiver with M16 machinegun fire control parts, in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

AARON L. WEISMAN
United States Attorney

MILIND M. SHAH
Assistant U.S. Attorney

WILLIAM J. FERLAND
Assistant U.S. Attorney
Criminal Division Chief

Date: 1-13-2020

FILED